1

2                        IN THE UNITED STATES DISTRICT COURT

3

4                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   JANICE WEEKS-KATONA,                          No. CV-09-4012  MMC (PR)

7              Plaintiff,

8       v.                                        **JUDGMENT IN A CIVIL CASE**

9

10  PAUL COPENHAVER,

11             Defendant.
    _____/

12

13          **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues

    have been tried and the jury has rendered its verdict.

14

15          **(X)  Decision by Court.** This action came to trial or hearing before the Court. The

    issues have been tried or  heard and a decision has been rendered.

16

17          **IT IS SO ORDERED AND ADJUDGED** the complaint is hereby DISMISSED

    with prejudice.

18

19

20  Dated: November 20, 2009                      Richard W. Wieking, Clerk

21

22                                                By: Tracy Lucero
                                                  Deputy Clerk

23

24

25

26

27

28

1

2                            IN THE UNITED STATES DISTRICT COURT

3

4                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6      JANICE WEEKS-KATONA,                                No. CV-09-4012  MMC (PR)

7                    Plaintiff,
                                                           **JUDGMENT IN A CIVIL CASE**
8         v.

9

10     PAUL COPENHAVER,

11                   Defendant.
       _____/

12

13          ()  **Jury Verdict.** This action came before the Court for a trial by jury. The issues

       have been tried and the jury has rendered its verdict.

14
            (X)  **Decision by Court.** This action came to trial or hearing before the Court. The
15
       issues have been tried or  heard and a decision has been rendered.
16
            **IT IS SO ORDERED AND ADJUDGED** the complaint is hereby DISMISSED
17
       with prejudice.
18

19

20     Dated: November 20, 2009                           Richard W. Wieking, Clerk

21                                                         _Tracy Lucero_

22                                                         By: Tracy Lucero
                                                           Deputy Clerk
23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANICE WEEKS-KATONA,

No. CV-09-4012  MMC (PR)

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

  v.

PAUL COPENHAVER,

        Defendant.

_____/

      **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the complaint is hereby DISMISSED with prejudice.

Dated: November 20, 2009             Richard W. Wieking, Clerk

                                   *Tracy Lucero*

                               By: Tracy Lucero
                               Deputy Clerk

1

2                    IN THE UNITED STATES DISTRICT COURT

3

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

JANICE WEEKS-KATONA,

6                                                    No. CV-09-4012  MMC (PR)

7              Plaintiff,

                                          **JUDGMENT IN A CIVIL CASE**

8      v.

9

PAUL COPENHAVER,

10

              Defendant.

11    _____/

12

13          **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues

have been tried and the jury has rendered its verdict.

14

          **(X)  Decision by Court.** This action came to trial or hearing before the Court. The

15

issues have been tried or  heard and a decision has been rendered.

16

              **IT IS SO ORDERED AND ADJUDGED** the complaint is hereby DISMISSED

17

with prejudice.

18

19

20    Dated: November 20, 2009                 Richard W. Wieking, Clerk

21                                             *Tracy Lucero*

22                                             By: Tracy Lucero
                                               Deputy Clerk
23

24

25

26

27

28

1

2                           IN THE UNITED STATES DISTRICT COURT

3

4                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

JANICE WEEKS-KATONA,

6                                                              No. CV-09-4012  MMC (PR)

7            Plaintiff,

                                                    **JUDGMENT IN A CIVIL CASE**
8     v.

9

PAUL COPENHAVER,

10

11            Defendant.
   _____/

12

13          **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues
   have been tried and the jury has rendered its verdict.
14

15          **(X)  Decision by Court.** This action came to trial or hearing before the Court. The
   issues have been tried or  heard and a decision has been rendered.
16

17          **IT IS SO ORDERED AND ADJUDGED** the complaint is hereby DISMISSED
   with prejudice.
18

19

20   Dated: November 20, 2009                         Richard W. Wieking, Clerk

21

22                                                    By: Tracy Lucero
                                                      Deputy Clerk
23

24

25

26

27

28